AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

# United States District Court

| District |
|---|
| 1st |

| Name | Prisoner No. | Case No. |
|---|---|---|
| Joseph E. Dockham | W-43918 | |

Place of Confinement
Bay State Correctional Center
P.O. Box 73    28 Clark St.
Norfolk, MA 02056-0073

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Joseph E. Dockham | V. Michael Corsini |

The Attorney General of the State of: Massachusetts

**PETITION**   MAGISTRATE JUDGE Bowler

1. Name and location of court which entered the judgment of conviction under attack   Norfolk Superior Court Dedham Massachusetts

2. Date of judgment of conviction   06/11/1987

3. Length of sentence   20-25 years to be served all others concurrent with.

4. Nature of offense involved (all counts)   (1) Rape of a child (2) R O C (4) R O C w F (5) Child in nude (6) C in N (7) IND A&B (9) IND A&B (11) IND A&B (12) ASSAULT TO RAPE

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

RECEIPT # 64408
AMOUNT $5
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5/19/05

(2)

9. If you did appeal, answer the following:

   (a) Name of court __SUPREME JUDICIAL COURT__

   (b) Result __Judgement affirmed__

   (c) Date of result and citation, if known __405 Mass. 618 (1989)__

   (d) Grounds raised __1. violation of confrontation right, 2. Quality of videotape, 3. Lack of expert testimony on issue of emotional trauma, 4. Fresh complaint testimony ect. other issues also, no room to list.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court ____

   (2) Result ____

   (3) Date of result and citation, if known ____

   (4) Grounds raised ____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court ____

   (2) Result ____

   (3) Date of result and citation, if known ____

   (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Norfolk Superior Court__

       (2) Nature of proceeding __Motion for Post Conviction Relief (MRCP 30)__

       (3) Grounds raised __Scientific basis for expert opinion, ineffective assistance of counsel__

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.         Yes ☒    No ☐
(2) Second petition, etc.     Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: **INEFFECTIVE ASSISTANCE OF COUNSEL**

Supporting FACTS (state *briefly* without citing cases or law)  Counsel's failure to challenge scientific basis of expert opinion, lack of investigation and presentation of defense expert in field of childhood sexual abuse.

B.  Ground two: **WAIVER IN REGARDS TO RAISING CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL**

Supporting FACTS (state *briefly* without citing cases or law)  State courts have continued to claim right has been waived, however the facts show that Ineffective assistance of counsel is unlikely to be raised by counsel toward oneself as is in present case. The state courts have agreed that in the case of a defendant being represented by same said counsel in trial and appeal would open for claim to be brought at earliest possible chance.

(5)

AO 241 (Rev. 5/85)

C.   Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

D.   Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)   At preliminary hearing   __Stephen T. Cunningham, Esq   800 Hingham St.__
          __2 North   Rockland, MA 02370__

    (b)   At arraignment and plea   __Same as above__

_____

(6)

AO 241 (Rev. 5/85)

(c) At trial  Stephen T. Cunningham, Esq  800 Hingham St. 2 North
Rockland, MA 02370

(d) At sentencing  Same as above

(e) On appeal  Same as above
Note: also on first Rule 30...

(f) In any post-conviction proceeding  Deirdre L. Thurber, Esq  19 Bloody Pond Road
Plymouth, MA 02360

(g) On appeal from any adverse ruling in a post-conviction proceeding  Same as above

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒    No ☐
(a) If so, give name and location of court which imposed sentence to be served in the future:  Norfolk Superior Court  Dedham Massachusetts

(b) Give date and length of the above sentence:  20-25 years suspended attached to 5 years probation  (to follow current sentence)

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☒ not currently

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_April 25 2005_
(date)

_[signature]_
Signature of Petitioner

(7)