AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**FIRST CIRCUIT**   District of **MASSACHUSETTS**

Joseph E. Dockham
Plaintiff

V.

Michael Corsini, Superintendent
Bay State Correctional Center
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

MAGISTRATE JUDGE _____

CASE NUMBER: 05-11053 NMG

I, ___Joseph E. Dockham___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration ___Bay State Correctional Center Norfolk, MA___

    Are you employed at the institution? ___Yes___    Do you receive any payment from the ___Yes___

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _/87.54_ on account to his credit at the Bay State Correctional Center Treasurers office, where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _None_

I further certify that during the last six months the applicant's average balance was $ _626.36_

_Joyce Buckman, Inst. Treasurer_
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ United States Judge | _____ United States Judge or Magistrate |
| _____ Date | _____ Date |

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............ Dockham, Joseph

Commitment number.... W43918

Period encompassed.... 10-19-04 thru 04-19-05

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 10/19/04 | $ 24.44 | $ 625.17 | $ 649.61 |
| Balance as of | 19-Nov-04 | $ 5.53 | $ 555.82 | $ 561.35 |
| Balance as of | 19-Dec-04 | $ 33.49 | $ 577.05 | $ 610.54 |
| Balance as of | 19-Jan-05 | $ 118.15 | $ 607.27 | $ 725.42 |
| Balance as of | 19-Feb-05 | $ 7.89 | $ 638.92 | $ 646.81 |
| Balance as of | 19-Mar-05 | $ 32.57 | $ 670.67 | $ 703.24 |
| Ending Balance: | 4/19/05 | $ 11.55 | $ 475.99 | $ 487.54 |

Six month average balance:        $ 626.36

20% of six month average balance: $ 125.27

total expenditures for period:    $ 1,039.21

total income for period:          $ 877.14

To the best of my knowledge the above summary information is true and accurate:

Signed: _Joyce Dickman_ Title: Inst. Treasurer        Date: 4-20-05

note to clear numbers Ctrl-Z

Inmate Name          __Joseph Dockham__

Commitment Number    __W43918__

Period Encompassed   __10-19-04 thru 04-19-05__

|                                      | Personal | Savings  | Total    |
|--------------------------------------|----------|----------|----------|
| Six Month Average Daily Balance      | $ 33.38  | $592.98  | $626.36  |
| 20% of Six Month Average Daily Balance |        |          | $125.27  |
| Total Expenditures for Period        | $1,039.21 |         |          |
| Total Income for Period              | $ 877.14 |          |          |

To the best of my knowledge, the above summary information is true and accurate:

Signed: _Joyce Buchman_   Time: _2:00 p.m._   Date: _4-20-05_

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date : 20050420 13:34

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | W43918 | | BAYSTATE CORRECTIONAL CENTER | | |
| Name : | DOCKHAM, JOSEPH, , | | Statement From | 20041019 | |
| Inst : | BAYSTATE CORRECTIONAL CENTER | | To | 20050420 | |
| Block : | Main 1 | | | | |
| Cell/Bed : | 139 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,187.05 | $2,162.61 | $1,305.03 | $679.86 |
| 20041020 23:03 | PY - Payroll | 3553627 | | BAY | ~20041003 To 20041009 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041020 23:03 | PY - Payroll | 3553628 | | BAY | ~20041003 To 20041009 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041022 10:38 | AT - Account Transfer | 3560011 | | BAY | ~SUPT APPROVED FOR TYPWRITER RIBBONS~W43918 DOCKHAM,JOSEPH  PERSONAL | $26.36 | $0.00 | $0.00 | $26.36 |
| 20041022 10:48 | IC - Transfer from Inmate to Club A/c | 3560060 | | BAY | ~2-SC TYPEWRITER RIBBONS, 2-SC CORR RIBBONS~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $26.36 | $0.00 | $0.00 |
| 20041022 12:32 | AT - Account Transfer | 3560401 | | BAY | ~SUPT APPROVED FOR CLOTHING ORDER~W43918 DOCKHAM,JOSEPH  PERSONAL | $69.23 | $0.00 | $0.00 | $69.23 |
| 20041022 12:33 | IC - Transfer from Inmate to Club A/c | 3560402 | | BAY | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $69.23 | $0.00 | $0.00 |
| 20041026 22:30 | CN - Canteen | 3571584 | | BAY | ~Canteen Date : 20041026 | $0.00 | $29.22 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3582579 | | BAY | ~20041010 To 20041016 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3582580 | | BAY | ~20041010 To 20041016 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041103 23:05 | PY - Payroll | 3615586 | | BAY | ~20041017 To 20041023 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041103 23:05 | PY - Payroll | 3615587 | | BAY | ~20041017 To 20041023 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3638816 | | BAY | ~Canteen Date : 20041109 | $0.00 | $8.22 | $0.00 | $0.00 |
| 20041110 13:08 | IC - Transfer from Inmate to Club A/c | 3642685 | | BAY | ~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $0.50 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3643492 | | BAY | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3643493 | | BAY | | $0.00 | $0.00 | $1.24 | $0.00 |
| 20041110 23:06 | PY - Payroll | 3666456 | | BAY | ~20041024 To 20041030 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041110 23:06 | PY - Payroll | 3666457 | | BAY | ~20041024 To 20041030 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041115 10:11 | ML - Mail | 3675904 | | BAY | ~JOHNSON, MARIE, , | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041115 10:11 | MA - Maintenance and Administration | 3675905 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041115 15:08 | IC - Transfer from Inmate to Club A/c | 3677337 | | BAY | ~VENDING CARD~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041117 23:04 | PY - Payroll | 3695968 | | BAY | ~20041031 To 20041106 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041117 23:04 | PY - Payroll | 3695969 | | BAY | ~20041031 To 20041106 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041122 13:51 | CI - Transfer from Club to Inmate A/c | 3709014 | | BAY | ~KCN CREDIT GIVEN FROM 11-9-04 SI45063~W43918 DOCKHAM,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.07 | $0.00 | $0.00 | $0.00 |
| 20041122 15:17 | IC - Transfer from Inmate to Club A/c | 3709412 | | BAY | ~PROTESTANT CHAPLAIN - Z108~PROTESTANT CHAPLAIN - Z108 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041124 10:22 | ML - Mail | 3720139 | 2129 | BAY | ~MC QUEENEY, WILLIAM, , | $50.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050420 13:34

Page: 2

| Commit#: | W43918 | | | | BAYSTATE CORRECTIONAL CENTER | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | DOCKHAM, JOSEPH, , | | | | Statement From | 20041019 | | | |
| Inst: | BAYSTATE CORRECTIONAL CENTER | | | | To | 20050420 | | | |
| Block: | Main 1 | | | | | | | | |
| Cell/Bed: | 139 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041124 23:04 | PY - Payroll | 3729887 | | BAY | ~20041107 To 20041113 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041124 23:04 | PY - Payroll | 3729888 | | BAY | ~20041107 To 20041113 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041129 14:51 | IC - Transfer from Inmate to Club A/c | 3735069 | | BAY | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041130 22:30 | CN - Canteen | 3741338 | | BAY | ~Canteen Date : 20041130 | $0.00 | $9.97 | $0.00 | $0.00 |
| 20041201 23:08 | PY - Payroll | 3755735 | | BAY | ~20041114 To 20041120 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:08 | PY - Payroll | 3755736 | | BAY | ~20041114 To 20041120 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041207 16:59 | IS - Interest | 3776634 | | BAY | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041207 16:59 | IS - Interest | 3776635 | | BAY | | $0.00 | $0.00 | $1.23 | $0.00 |
| 20041208 23:08 | PY - Payroll | 3806419 | | BAY | ~20041121 To 20041127 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041208 23:08 | PY - Payroll | 3806420 | | BAY | ~20041121 To 20041127 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041209 09:00 | ML - Mail | 3808067 | 1145 | BAY | ~DOCKHAM, EDITH, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041209 09:00 | MA - Maintenance and Administration | 3808069 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041213 15:45 | IC - Transfer from Inmate to Club A/c | 3821238 | | BAY | ~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $0.50 | $0.00 | $0.00 |
| 20041213 15:49 | IC - Transfer from Inmate to Club A/c | 3821278 | | BAY | ~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041214 22:30 | CN - Canteen | 3827586 | | BAY | ~Canteen Date : 20041214 | $0.00 | $54.18 | $0.00 | $0.00 |
| 20041215 23:06 | PY - Payroll | 3841009 | | BAY | ~20041128 To 20041204 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041215 23:06 | PY - Payroll | 3841010 | | BAY | ~20041128 To 20041204 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041222 23:06 | PY - Payroll | 3877821 | | BAY | ~20041205 To 20041211 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041222 23:06 | PY - Payroll | 3877822 | | BAY | ~20041205 To 20041211 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041228 22:30 | CN - Canteen | 3895571 | | BAY | ~Canteen Date : 20041228 | $0.00 | $12.31 | $0.00 | $0.00 |
| 20041229 15:15 | IC - Transfer from Inmate to Club A/c | 3900433 | | BAY | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.80 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910833 | | BAY | ~20041212 To 20041218 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910834 | | BAY | ~20041212 To 20041218 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20041230 08:33 | ML - Mail | 3911889 | 5936 | BAY | ~MERRY CHRISTMAS~JOHNSON, MARY, M, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:05 | PY - Payroll | 3941337 | | BAY | ~20041219 To 20041225 | $6.25 | $0.00 | $0.00 | $0.00 |
| 20050105 23:05 | PY - Payroll | 3941338 | | BAY | ~20041219 To 20041225 | $0.00 | $0.00 | $6.25 | $0.00 |
| 20050110 09:50 | VI - Visitation | 3953618 | 163 | BAY | ~BARSTOW, MARY, L, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050110 09:50 | MA - Maintenance and Administration | 3953620 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050111 22:30 | CN - Canteen | 3960843 | | BAY | ~Canteen Date : 20050111 | $0.00 | $10.10 | $0.00 | $0.00 |
| 20050112 09:24 | ML - Mail | 3964575 | 2138 | BAY | ~MC QUEENEY, WILLIAM, , | $20.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050420 13:34

Page: 3

| Commit#: | W43918 | | | BAYSTATE CORRECTIONAL CENTER | | |
|---|---|---|---|---|---|---|
| Name: | DOCKHAM, JOSEPH, , | | | Statement From | 20041019 | |
| Inst: | BAYSTATE CORRECTIONAL CENTER | | | To | 20050420 | |
| Block: | Main 1 | | | | | |
| Cell/Bed: | 139 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050112 23:07 | PY - Payroll | 3974664 | | BAY | ~20041226 To 20050101 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:07 | PY - Payroll | 3974665 | | BAY | ~20041226 To 20050101 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3977816 | | BAY | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3977817 | | BAY | | $0.00 | $0.00 | $1.47 | $0.00 |
| 20050119 23:07 | PY - Payroll | 4018945 | | BAY | ~20050102 To 20050108 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050119 23:07 | PY - Payroll | 4018946 | | BAY | ~20050102 To 20050108 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050120 15:15 | EX - External Disbursement | 4021976 | 20367 | BAY | ~MEDIC ALERT | $0.00 | $35.00 | $0.00 | $0.00 |
| 20050125 22:30 | CN - Canteen | 4038566 | | BAY | ~Canteen Date : 20050125 | $0.00 | $6.72 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4047981 | | BAY | ~20050109 To 20050115 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4047982 | | BAY | ~20050109 To 20050115 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050201 22:30 | CN - Canteen | 4068730 | | BAY | ~Canteen Date : 20050201 | $0.00 | $13.33 | $0.00 | $0.00 |
| 20050202 13:29 | IC - Transfer from Inmate to Club A/c | 4072759 | | BAY | ~NOTRY SERVICE~NOTARY FUND - Z56~NOTARY FUND - Z56 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050202 13:43 | IC - Transfer from Inmate to Club A/c | 4072854 | | BAY | ~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050202 23:07 | PY - Payroll | 4080919 | | BAY | ~20050116 To 20050122 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050202 23:07 | PY - Payroll | 4080920 | | BAY | ~20050116 To 20050122 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050203 13:02 | EX - External Disbursement | 4083935 | 20455 | BAY | ~CHRISTIAN BOOK DISTRIBUTORS | $0.00 | $39.99 | $0.00 | $0.00 |
| 20050203 13:02 | MA - Maintenance and Administration | 4083936 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 13:14 | EX - External Disbursement | 4083999 | 20439 | BAY | ~JOYCE MEYER MINISTRIES | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050208 22:30 | CN - Canteen | 4103298 | | BAY | ~Canteen Date : 20050208 | $0.00 | $18.76 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4106986 | | BAY | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4106987 | | BAY | | $0.00 | $0.00 | $1.65 | $0.00 |
| 20050209 23:06 | PY - Payroll | 4131055 | | BAY | ~20050123 To 20050129 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050209 23:06 | PY - Payroll | 4131056 | | BAY | ~20050123 To 20050129 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050210 10:32 | IC - Transfer from Inmate to Club A/c | 4133888 | | BAY | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20050214 13:54 | IC - Transfer from Inmate to Club A/c | 4144593 | | BAY | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050215 22:30 | CN - Canteen | 4150519 | | BAY | ~Canteen Date : 20050215 | $0.00 | $14.04 | $0.00 | $0.00 |
| 20050216 23:09 | PY - Payroll | 4163794 | | BAY | ~20050130 To 20050205 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:09 | PY - Payroll | 4163795 | | BAY | ~20050130 To 20050205 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050223 15:22 | IC - Transfer from Inmate to Club A/c | 4183945 | | BAY | ~PROTESTANT CHAPLAIN - Z108~PROTESTANT CHAPLAIN - Z108 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050223 23:09 | PY - Payroll | 4192743 | | BAY | ~20050206 To 20050212 | $7.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050420 13:34

Page: 4

| Commit# : | W43918 | | | | BAYSTATE CORRECTIONAL CENTER | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | DOCKHAM, JOSEPH, , | | | | Statement From | 20041019 | | |
| Inst : | BAYSTATE CORRECTIONAL CENTER | | | | To | 20050420 | | |
| Block : | Main 1 | | | | | | | |
| Cell/Bed : | 139 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050223 23:09 | PY - Payroll | 4192744 | | BAY | ~20050206 To 20050212 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050301 22:30 | CN - Canteen | 4210511 | | BAY | ~Canteen Date : 20050301 | $0.00 | $14.35 | $0.00 | $0.00 |
| 20050302 09:38 | ML - Mail | 4213801 | 2150 | BAY | ~MC QUEENEY, WILLIAM, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050302 09:38 | MA - Maintenance and Administration | 4213803 | | BAY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4224402 | | BAY | ~20050213 To 20050219 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4224403 | | BAY | ~20050213 To 20050219 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050309 23:08 | PY - Payroll | 4259654 | | BAY | ~20050220 To 20050226 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050309 23:08 | PY - Payroll | 4259655 | | BAY | ~20050220 To 20050226 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050310 10:26 | ML - Mail | 4262144 | 1179 | BAY | ~MC QUEENEY, WILLIAM, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050311 10:21 | IC - Transfer from Inmate to Club A/c | 4267636 | | BAY | ~NOTARY SERVICE~NOTARY FUND - Z56~NOTARY FUND - Z56 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4278173 | | BAY | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4278174 | | BAY | | $0.00 | $0.00 | $1.75 | $0.00 |
| 20050315 22:30 | CN - Canteen | 4293940 | | BAY | ~Canteen Date : 20050315 | $0.00 | $33.02 | $0.00 | $0.00 |
| 20050316 23:10 | PY - Payroll | 4307117 | | BAY | ~20050227 To 20050305 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050316 23:10 | PY - Payroll | 4307118 | | BAY | ~20050227 To 20050305 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050323 10:56 | IC - Transfer from Inmate to Club A/c | 4329365 | | BAY | ~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050323 13:08 | IC - Transfer from Inmate to Club A/c | 4329781 | | BAY | ~GARDEN PLOT~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050323 23:07 | PY - Payroll | 4338919 | | BAY | ~20050306 To 20050312 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:07 | PY - Payroll | 4338920 | | BAY | ~20050306 To 20050312 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050328 10:00 | ML - Mail | 4350772 | 5556 | BAY | ~HAPPY EASTER~JOHNSON, MARY, M, | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050329 22:30 | CN - Canteen | 4358708 | | BAY | ~Canteen Date : 20050329 | $0.00 | $23.76 | $0.00 | $0.00 |
| 20050330 10:18 | IC - Transfer from Inmate to Club A/c | 4360772 | | BAY | ~VENDING CARD~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4369870 | | BAY | ~20050313 To 20050319 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4369871 | | BAY | ~20050313 To 20050319 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050406 23:07 | PY - Payroll | 4407457 | | BAY | ~20050320 To 20050326 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:07 | PY - Payroll | 4407458 | | BAY | ~20050320 To 20050326 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050408 16:47 | IS - Interest | 4418211 | | BAY | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4418212 | | BAY | | $0.00 | $0.00 | $2.20 | $0.00 |
| 20050412 22:30 | CN - Canteen | 4444857 | | BAY | ~Canteen Date : 20050412 | $0.00 | $22.37 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050420 13:34

| | | | | | | | | Page | 5 |

| Commit# : | W43918 | | | | BAYSTATE CORRECTIONAL CENTER | | | | |
| Name : | DOCKHAM, JOSEPH, , | | | | Statement From | 20041019 | | | |
| Inst : | BAYSTATE CORRECTIONAL CENTER | | | | To | 20050420 | | | |
| Block : | Main 1 | | | | | | | | |
| Cell/Bed : | 139 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050413 23:06 | PY - Payroll | 4458317 | | BAY | ~20050327 To 20050402 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:06 | PY - Payroll | 4458318 | | BAY | ~20050327 To 20050402 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050414 10:32 | AT - Account Transfer | 4461631 | | BAY | ~SUPT. APPROVED FOR CLOTHING AND APPL. ORDERS~W43918 DOCKHAM,JOSEPH  PERSONAL | $226.88 | $0.00 | $0.00 | $226.88 |
| 20050414 10:33 | IC - Transfer from Inmate to Club A/c | 4461632 | | BAY | ~REPL. RIBBON/CORR. RIBBON~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $25.60 | $0.00 | $0.00 |
| 20050414 10:34 | IC - Transfer from Inmate to Club A/c | 4461633 | | BAY | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $201.28 | $0.00 | $0.00 |
| | | | | | | $703.85 | $716.74 | $173.29 | $322.47 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $11.55 | $475.99 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $11.55 | $475.99 | $0.00 | $0.00 | $0.00 | $0.00 |