UNITED STATES DISTRICT COURT

FIRST CIRCUIT                           DISTRICT OF MASSACHUSETTS

Joseph E. Dockham
    Plaintiff
                               MOTION FOR APPOINTMENT OF
    V.                      COUNSEL TO REPRESENT ON WRIT
                               OF HABEAS CORPUS

Michael Corsini
Superintendent Bay State
Correctional Center
    Defendant

    Now comes the Plaintiff, Joseph E. Dockham, and respectfully petitions the Honorable Court to appoint to him competent, knowledgeable and skilled legal counsel to represent him in regards to above captioned matter.

    This action is filed for the following reasons but not limited to:

1. Plaintiff is not able to afford counsel.
2. The issues involved in this case are complex.
3. The prison law library is limited in issues of Federal law and legal assistance in this area.
4. Plaintiff has very limited knowledge of the law.
5. The ends of justice would be best served in this case if an attorney was appointed to represent the plaintiff.

    The plaintiff, Joseph E. Dockham, prays the Honorable Court would grant his motion for appointment of counsel.

By the plaintiff,
Joseph E. Dockham 4-25-05
Joseph E. Dockham W-43918
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073