UNITED STATES DISTRICT COURT

FIRST CIRCUIT                                DISTRICT OF MASSACHUSETTS

FILED

2005 MAY 19 P 1:22

U.S. DISTRICT COURT
D. MASS.

Joseph E. Dockham
    Plaintiff

    V.

Michael Corsini
Superintendent Bay State
Correctional Center
    Defendant

AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL TO REPRESENT ON WRIT OF HABEAS CORPUS

05 11053 NMG

I, Joseph E. Dockham, do hereby depose and say:

    1. That I am a person whom is without funds to retain paid, competent, knowledgeable and skilled Legal Counsel to represent him in regards to matter presently set before the Honorable Court.

    2. Previously appointed (state) counsel has informed said party that representation on present action is beyond her authority from the Committee for Public Counsel Services, as well as beyond her knowledge of the law as applied to Federal Habeas Corpus and Federal Appeals.

    3. Previous appointed counsel has informed said party that it would be in his best interest to file a motion to have counsel appointed, as she believes that there were some grievous errors made in the plaintiff's case, errors which would require skilled review under Federal Appeal.

    4. The law library at such a small institution is very limited in what assistance it can offer in the area of Federal research and filing of proper paperwork, the plaintiff is very limited in his knowledge of the legal process.

[ 1. ]

Affidavit in support of motion
for appointment of counsel to
represent on writ of habeas
corpus continued:

5. The plaintiff would require competent, knowledgeable and skilled legal counsel to ensure that he would be afforded proper legal representation and that he would not be effectively precluded from presenting all pertinent facts pertaining to all issues being presented to the Honorable Court.

THIS AFFIDAVIT DRAFTED THIS __25th__ DAY OF __April__ IN THE YEAR OF THE LORD 2005

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

By the Plaintiff,
Joseph E. Dockham W-43918
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073