UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST CIRCUIT                    CIVIL ACTION NO. 05-11053-NMG

JOSEPH DOCKHAM
    Petitioner               MOTION FOR ENLARGEMENT OF TIME
                                TO RESPOND TO THE RESPONDENT'S
v.                            MOTION TO DISMISS WITH PREJUDICE
                                PETITIONER'S PETITION FOR WRIT
MICHAEL CORSINI              OF HABEAS CORPUS
    Respondent

    Now comes the Petitioner, Joseph Dockham, and respectfully petitions the Honorable Court to afford to him an enlargement of time in which to respond to the Respondent's present motion to dismiss his PETITION FOR WRIT OF HABEAS CORPUS.

    The Petitioner believes that he is not time barred pursuant to 28 U.S.C. §2244(d)(1) as stated by the Respondent and would request to be afforded time in which to research his claim and present this claim to the Honorable Court.

    THE PETITIONER, JOSEPH DOCKHAM, PRAYS THE HONORABLE COURT WOULD GRANT HIS MOTION FOR ENLARGEMENT OF TIME TO RESPOND.

                                                  By the Petitioner,

                                                 Joseph Dockham W-43918
                                                 Bay State Correctional Center
                                                 P.O. Box 73   28 Clark St.
                                                 Norfolk, MA 02056-0073

JOSEPH E. DOCKHAM   W-43918
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073

Tuesday 28 June 2005

UNITED STATES DISTRICT COURT
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02110

Dear Clerk,

    Please find enclosed the following documents for filing before the Honorable Court. MOTION FOR ENLARGEMENT OF TIME, AFFIDAVIT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME AND CERTIFICATE OF SERVICE.

    I would request that these documents be filed and that a copy of the docket be sent back to my with the order of the court.

    I would like to request an enlargement of time to extend to September 30th of 2005, if this can not be afforded then please set a reasonable time frame as to allow me to research the issue brought up by the Respondent in his motion.

    Thank you for you time and assistance in regards to this matter.

Sincerely,

Joseph E. Dockham

Orig + 2 copies