## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

**FIRST CIRCUIT**                    **CIVIL ACTION NO. 05-11053-NMG**

JOSEPH DOCKHAM
    Petitioner          AFFIDAVIT IN SUPPORT OF MOTION
                     FOR ENLARGEMENT OF TIME TO RESPOND
    V.                  TO RESPONDENT'S MOTION TO DISMISS
                     WITH PREJUDICE PETITIONER'S PETITION
MICHAEL CORSINI            FOR WRIT OF HABEAS CORPUS
    Respondent

I, Joseph Dockham, do hereby depose and say:

1. That this motion is hereby filed by one who is not trained nor well versed in law, one who claims no education with regard to the knowledge of how these laws are applied to one convicted of crimes within this state.

2. That to the best of his knowledge would assert that given an enlargement of time he would attempt to educate himself in the area spoken of by the Respondent in his motion to show that he is in fact not time barred.

3. That along with his petition for Habeas Corpus he did file a motion to have counsel appointed because he was not well versed in law, and recognized the need for competent, knowledgeable and skilled counsel.

4. That the law library here is very small due to the size of the institution and that assistance with legal research is at most very limited.

5. That Federal law can be very complicated and given his very limited knowledge of the legal system it will take some time to locate and understand just what he is reading.

[ 1. ]

Affidavit in support of
motion for enlargement of time
to respond to respondent's
motion to dismiss with
prejudice cont:

5. That it will take some time to locate documents
needed by petitioner to show that he is not time barred
and that he in fact fits into that area as described by
the Respondent as being "**Excludable periods include "[t]he
time during which a properly filed application for State
post-conviction or other collateral review is pending...
Id. (quoting 28 U.S.C. § 2244(d)(2))** (alterations in original)".

6. That facts will show that prior to the filing of
the second Rule 30 he had no chance to offer his claim of
ineffective assistance of counsel, that in fact this was
part of the properly filed motion filed before the court
on January 3rd 1996.

7. That upon appointment of counsel to represent him
on his post-conviction relief Rule 30, effectively the clock
had in fact stopped.

8. That the final action of the State court was the
NOTICE OF FURTHER APPELLATE REVIEW DENIAL BY THE SUPREME JUDICIAL
COURT ON JUNE 30th 2004.

THIS AFFIDAVIT DRAFTED THIS _28th_ DAY

OF _June_ 2005

Signed under the pains and penalties of perjury.

By the Petitioner
Joseph Dockel - Pro Se.
Joseph Dockham  W-43918
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073

## Certificate of Service

I, the Petitioner, Joseph Dockham, hereby certify that
a true copy of the attached documents was served upon the
Office of the Attorney General, Thomas F. Reilly, One Ashburton
Place, Boston Massachusetts 02108-1598, by placing said
documents in sealed, stamped and addressed envelope and
hand delivering said envelope to assigned institutional
mail Officer on June 28, 2005

Joseph Dockham  W-43918
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073