UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST CIRCUIT                    CIVIL ACTION NO. 05-11053-NMG

JOSEPH E. DOCKHAM
    PETITIONER

                  MOTION FOR RECONSIDERATION OF
V.                APPOINTMENT OF COUNSEL TO
                  REPRESENT PETITIONER

MICHAEL CORSINI
    RESPONDENT

    Now comes the Petitioner, Joseph E. Dockham, and respectfully petitions the Honorable Court to reconsider and appoint to him competent, knowledgeable and skilled legal counsel to represent/advise him in regards to the above captioned matter.

    This action is filed for the following reasons but not limited to:

1. Petitioner is unable to afford private counsel.
2. Issues regarding wrongful conviction, ineffective assistance of counsel and waiver require knowledge of State, Federal and Constitutional law.
3. Education of the Petitioner is very limited as he is a graduate of a vocational trade high school, and he lives with dyslexia.
4. Again, the Petitioner states that he has very limited knowledge and understanding of the law.
5. The ends of justice would be best served in this case only if an attorney were to be appointed to represent the Petitioner.

    The Petitioner, Joseph E. Dockham, prays the Honorable Court would reconsider and grant his motion for appointment of counsel.

Dated this 3rd day
of August 2005

By the Petitioner,
Joseph E. Dockham, pro-se
Bay State Correctional Center
P.O. Box 73   28 Clark St.
Norfolk, MA 02056-0073