UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST CIRCUIT                          CIVIL ACTION NO. 05-11053-NMG


JOSEPH E. DOCKHAM
    PETITIONER
                            PETITIONER'S MOTION IN RESPONSE TO
V.                         RESPONDENT'S MOTION TO DISMISS WITH
                            PREJUDICE PETITIONER'S PETITION FOR
                            WRIT OF HABEAS CORPUS
MICHAEL CORSINI
    RESPONDENT


    THE PETITIONER, JOSEPH E. DOCKHAM, HEREBY MOVES THE HONORABLE COURT TO DISALLOW RESPONDENT'S CURRENT MOTION TO DISMISS WITH PREJUDICE HIS PETITION FOR WRIT OF HABEAS CORPUS. AS GROUNDS IN SUPPORT OF HIS CURRENT MOTION THE PETITIONER STATES THAT HE IS NOT TIME BARRED PURSUANT TO 28 USC § 2244 (d)(1). PETITIONER FURTHER STATES THAT HE CLEARLY FALLS WITHIN THE PERIMETER OF THE LAW WHEN IT COMES TO THE "EXCEPTION" TO THE RULE AS SET FORTH AND QUOTED IN 28 USC § 2244 (d)(2). THE PETITIONER RELIES UPON THE ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF HIS CURRENT MOTION.


                                                RESPECTFULLY SUBMITTED,
                                                JOSEPH E. DOCKHAM, Pro-se
                                                Bay state Correctional Center
                                                P.O. Box 73
                                                Norfolk, MA 02056-0073

Dated this 29th day of
August 2005