## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


 **Joseph Dockham,**
                         **Petitioner**                            **CIVIL ACTION**

           **V.**                                                  **NO.   05-11053-NMG**

 **Michael Corsini,**
                     **Defendant**


### Order of Dismissal
### April 5, 2006


   **Gorton,  D. J.**


     **In accordance with the Court's Memorandum & Order (dated 12/12/05, Docket No. 15) granting Respondent's Motions to Dismiss ,  it is hereby ORDERED case dismissed.**




**Approved,**                                    **By the Court,**


 **/s/ Nathaniel M. Goroton,**                    **/s/ Craig J. Nicewicz**
**United States District Judge**                 **Deputy Clerk**